

NUMBER 13-14-00039-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **HENRY ANDREW HANSEN, II, M.D. AND CENTRAL TEXAS VEIN CENTER, P.A.,** | **Appellants,** |
| **v.** | |
| **THOMAS WILLIAM JACKSON, REGIONAL EMPLOYEE ASSISTANCE PROGRAM, COLLEGE STATION MEDICAL CENTER, LLC, AND COMMUNITY HEALTH SYSTEMS, PSC,** | **Appellees.** |

## On Appeal from the 85th District Court
## of Brazos County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

This cause is before the Court on appellees' corrected joint unopposed motion to extend time to file briefs of appellees.[1]   Appellees' briefs are due to be filed on June 9,

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001

2014. Appellees are requesting an additional 45-day extension of time to file their briefs in this cause.

The Court, having fully examined and considered appellees' joint unopposed motion to extend time to file briefs of appellees, is of the opinion that, in the interest of justice, the motion should be granted with order. Appellees' joint unopposed motion to extend time to file briefs is hereby GRANTED, and the Honorable Robert Bell and Honorable Kent C. Sullivan, counsel for appellees, are hereby ORDERED to file the appellees' briefs with this Court on or before July 24, 2014. No further extensions will be granted in this matter.

The Clerk of this Court is ORDERED to serve a copy of this order on the Honorable Robert Bell and Honorable Kent C. Sullivan by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
6th day of June, 2014.

(West, Westlaw through 2013 3d C.S.).